**Ida WHITEHEAD, Gladys Blakes, Helen Brown, Annie Shelton, Rossetta Washington, etc., Plaintiffs-Appellants,**

v.

**CITY OF ALEXANDRIA, etc., et al., Defendants-Appellees.**

No. 29609.

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 1970.

James G. Boyle, Austin, Tex., for appellants.

Howard B. Gist, Jr., Gist, Methvin, & Trimble, Alexandria, La., for appellees.

Before COLEMAN, INGRAHAM, and WILKEY,* Circuit Judges.

PER CURIAM:

The Honorable Hugh H. Bownes, Judge of the United States District Court for the District of New Hampshire, sitting by designation as Judge of the United States District Court for the Western District of Louisiana, dismissed the complaint for lack of jurisdiction.

We affirm. See Rule 21 of the Rules of this Court.

Affirmed.